UNITED STATES DISTRICT COURT                         NO JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  ED CV 10-0431-JST (DTBx)                         Date:  December 7, 2010
Title:  Roberto Guzman, etc. v. Chase Home Finance LLC, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                  Not Present

**PROCEEDINGS:**   (IN CHAMBERS) (1) ORDER GRANTING DEFENDANT CHASE HOME FINANCE LLC'S MOTION TO DISMISS WITH PREJUDICE (Doc. 13) AND (2) ORDER TO SHOW CAUSE

On November 9, 2010, the Court granted Defendant Chase Home Finance LLC's Motion to Dismiss, with leave to amend, and ordered Plaintiff to file any amended complaint within twenty (20) days.  The Court warned Plaintiff that failure to comply with this order would result in dismissal of this case with prejudice.  Plaintiff has failed to file an amended complaint, therefore, the Court GRANTS WITH PREJUDICE Defendant Chase Home Finance LLC's Motion to Dismiss.

The Court also notes that in Plaintiff's response to an earlier OSC, issued by Judge Virginia A. Phillips on August 9, 2010, Plaintiff's counsel stated that his office had served both Defendants with the summons and complaint and pointed the Court to review "Attachment A." (Doc. 12.)  Although no attachment was electronically filed, in light of Defendant Chase Home Finance LLC's Motion to Dismiss, the Court discharged Judge Phillip's OSC.  (Doc. 15.)  After reviewing the docket, the Court concludes that there is still no evidence that Defendant Amir Dadabhov has been served with the summons and complaint.  Therefore, the Court orders Plaintiff to show cause in writing, **no later than December 17, 2010**, why the Court should not dismiss Plaintiff's Complaint with respect to Defendant Dadabhov for failure to prosecute.  Failure to do so will result in immediate dismissal of this case with prejudice.

Initials of Preparer:  enm